Edward L. Brya, executor of the estate of John Thrash, deceased, appellant, v. Perry Thrash, appellee.
Action of trover to recover value of promissory note. Judgment for defendant. Appeal from the Circuit Court of Champaign county; the Hon. Franklin P. Boggs, Judge, presiding. Heard in this court at the October term, 1917. Reversed with finding of facts. Opinion filed October 21, 1919.
Green & Palmer, for appellant. Dobbins & Dobbins, for appellee.
Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

Henry J. McDonald, appellant, v. Matthew B. McDonald, appellee.
Suit to set aside will. Dismissal of bill for failure to file cost bond. Appeal from the Circuit Court of McDonough county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 21, 1919. Mr. Justice Waggoner took no part in the consideration of this case.
E. W. Painter, J. E. Maley and R. C. Hunt, for appellant. Lybarger & Hillyer and Flack, Flack & Kerman, for appellee.
Mr. Justice Eldredge delivered the opinion of the court.

---

Mary G. Bell, by People's Bank, conservator, v. John H. Wood et al.
John H. Wood, plaintiff in error, v. Ora Gridley, defendant in error.
Error to the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the April term, 1919. Affirmed on authority of Gridley v. Wood, ante, p. 473. Opinion filed October 21, 1919.
Sterling, Livingston & Whitmore, for plaintiff in error; Sigmund Livingston, of counsel. A. E. and R. C. DeMange, for defendant in error.
Mr. Justice Eldredge delivered the opinion of the court.

---

William P. Shade, surviving partner of P. H. Hunt & Company, appellee, v. City of Taylorville, appellant.
Action to recover balance due under paving contract. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 21, 1919. Certiorari denied by Supreme Court (making opinion final).
Edward E. Adams, for appellant. L. A. Mills and Mills Bros., for appellee.
Mr. Justice Eldredge delivered the opinion of the court.